**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6955**

GARY WAYNE DANNER,

          Plaintiff - Appellant,

     v.

PIEDMONT REGIONAL JAIL, Detainee Center,

          Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.   (3:08-cv-00013-REP)

Submitted:  August 18, 2008          Decided:  September 8, 2008

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Wayne Danner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Wayne Danner appeals the district court's order dismissing this civil rights action without prejudice pursuant to Fed. R. Civ. P. 41(b) based on Danner's failure to keep the court apprised of any change of address. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Danner v. Piedmont Regional Jail, No. 3:08-cv-00013-REP (E.D. Va. Apr. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED